UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY BURT, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-202 |
| ROTORCRAFT LEASING COMPANY, LLC | SECTION "H"(5) |

### JUDGMENT

For reasons issued on April 15, 2024, and filed into the Master Case, 22-cv-952, at Rec. Doc. 66;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be granted in favor of Intervenor Plaintiff, Shelli Ann Koch, and against Troy Burt and Scotty Hyatt, and that all of Troy Burt and Scotty Hyatt's claims in this matter (23-cv-202, only) are **DISMISSED WITH PREJUDICE.**

Signed in New Orleans, Louisiana, this 16th day of April, 2024.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE